**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **NO. 04-03170-01-CR-S-ODS** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | BOTH COUNTS: 18 U.S.C. §§ 922(g)(9), |
| | ) | & 924(a)(2) |
| **WILLIAM THOMAS HOWELL,** | ) | NMT 10 years & $250,000 fine |
| **[DOB: XX-XX-56]** | ) | Supervised Release: 3 years |
| | ) | Class C Felony |
| | ) | |
| Defendant. | ) | $100 Mandatory Assessment per Count |

## S U P E R S E D I N G   I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 16, 2002, in Howell County, in the Western District of Missouri, WILLIAM THOMAS HOWELL, the defendant herein, having been convicted on or about January 7, 1998, in the Associate Circuit Court of Howell County, Missouri, of assault in the third degree in case number CR497-815F, a misdemeanor crime of domestic violence, knowingly did possess, in and affecting commerce, a firearm, to wit, a Norinco, SKS rifle, serial number 24099173P, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

### COUNT TWO

On or about December 17, 2004, in Howell County, in the Western District of Missouri, WILLIAM THOMAS HOWELL, the defendant herein, having been convicted on or about January 7, 1998, in the Associate Circuit Court of Howell County, Missouri, of assault in the

third degree in case number CR497-815F, a misdemeanor crime of domestic violence, knowingly did possess, in and affecting commerce, firearms and ammunition, to wit, a Norinco, SKS rifle, serial number 24099173P with ammunition; a Norinco SKS Rifle, serial no. 25002007 with ammunition; a Marlin .22 rifle, serial no. 07365258; a Remington Scoremaster rifle; a yellow box of 18 rounds of Norinco ammunition; and a silver box of 20 rounds of Norinco ammunition in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

**A TRUE BILL.**

                                   */s/*
                          FOREPERSON OF THE GRAND JURY

  */s/ James J. Kelleher*
**JAMES KELLEHER**
Special Assistant United States Attorney